OPINION — AG — ** COMMERCIAL FEED LAW — CONTAINER — LABEL ** SAID " INGREDIENT COMMERCIAL FEES (SOLD FOR USE IN MIXED COMMERCIAL FEED) ARE WITHIN THE PURVIEW OF AND ARE SUBJECT TO THE PROVISIONS OF 2 O.S. 323.3 [2-323.3], 2 O.S. 323.4 [2-323.4] [2-323.4], 2 O.S. 323.5 [2-323.5] OF THE OKLAHOMA COMMERCIAL LAW REQUIRING LABELING AND REGISTRATION OF COMMERCIAL FEEDS DISTRIBUTED IN OKLAHOMA, AND PAYMENT OF INSPECTION FEES THEREON. (TONNAGE REPORT, EXEMPTED, DISTRIBUTION) CITE: 2 O.S. 323.2 [2-323.2], 2 O.S. 323.4 [2-323.4] (J. H. JOHNSON)